UNITED STATES of America,
Plaintiff—Appellee,

v.

Wanis KOYOMEJIAN, aka David Cohen, David, Joseph Milano, Loco, Abu Hadid, Abu Simon and Joseph, Defendant—Appellant.

No. 02–50248.

D.C. No. CR–89–00189–CBM–01.

United States Court of Appeals,
Ninth Circuit.

April 11, 2005.

Ronald L. Cheng, Daniel A. Saunders, USLA—Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Gretchen Fusilier, Carlsbad, CA, for Defendant–Appellant.

Before BRUNETTI, SILVERMAN, and TALLMAN, Circuit Judges.

ORDER

The memorandum filed under seal March 9, 2005, is unsealed and made a part of the public record.